UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL M. ANDREOLA, SR.,

        Plaintiff,

v.                                      Case No. 04-C-0186

STATE OF WISCONSIN,
ROCK COUNTY, and
ERIC RUNAAS,

        Defendants.

## ORDER

Plaintiff Daniel M. Andreola, Sr., has moved for reconsideration of the court's Decision and Order of January 18, 2006, which granted summary judgment in favor of defendants on all plaintiff's then-extant claims. The motion does not provide any reason for the court to reconsider its decision. Accordingly, it is **DENIED.**

    **SO ORDERED.**

    Dated this   27th   day of January, 2006.

                                      s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge